**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

**E. TURMAN AND COMPANY, INC.**
**D/B/A TURMAN COMMERCIAL**
**PAINTERS,**
      **Plaintiff,**

      **v.**

**ALISON MAXWELL,**
      **Defendant.**

**Case Number 2:26-cv-505**
**Judge Edmund A. Sargus, Jr.**
**Magistrate Judge Kimberly A. Jolson**

## ORDER

The matter before the Court is Plaintiff E. Turman and Company Inc.'s Motion to Withdraw Motion for Preliminary Injunction. (ECF No. 19.) Plaintiff notifies the Court that it withdraws its Motion for Preliminary Injunction (ECF No. 2) and asks the Court to cancel the Preliminary Injunction Hearing scheduled for May 26, 2026 (ECF No. 8). (ECF No. 19.) Plaintiff states that it notified Defendant of its request, and the Parties have agreed to cancel all remaining scheduled depositions. (*Id.*)

Accordingly, (ECF No. 19) Plaintiff E. Turman and Company Inc.'s Motion to Withdraw Motion for Preliminary Injunction is **GRANTED**. The Clerk is **DIRECTED** to terminate Plaintiff E. Turman and Company Inc.'s Motion for Preliminary Injunction (ECF No. 2) and vacate the Preliminary Injunction Hearing (ECF No. 8). Additionally, (ECF No. 17) Plaintiff E. Turman and Company Inc.'s Motion for Protective Order is **DENIED as moot without prejudice**.

This case remains open.

      **IT IS SO ORDERED.**

**5/21/2026**                             **s/Edmund A. Sargus, Jr.**
**DATE**                                   **EDMUND A. SARGUS, JR.**
                                         **UNITED STATES DISTRICT JUDGE**